IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00233-BO

UNITED STATES OF AMERICA :
:
v. :
:
CHRISTOPHER THOMAS WARD :

**FINAL ORDER OF FORFEITURE**

WHEREAS, on December 23, 2019, this Court entered a Preliminary Order of Forfeiture [D.E. 36] pursuant to the provisions of 18 U.S.C. § 2253, based upon the defendant pleading guilty to 18 U.S.C. § 2252A(a)(2), and agreeing to the forfeiture of the property listed in the December 23, 2019 Preliminary Order of Forfeiture, to wit:

- Dell Dimension 4400 Desktop Computer and cords, SIN l 6LXG 11;

- Seagate 1 TB External HDD, Model SRDOSPO, SIN NAS l L57L; and

- Seagate Backup Plus external drive, SIN NA532203;

AND WHEREAS, in accordance with Supplemental Rule G(4)(i)(A), the Government is not required to publish notice, as the subject property forfeited is worth less than $1,000;

AND WHEREAS, as no other potential claimants are known, no direct notice need be provided;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's December 23, 2019 Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED, and DECREED:

That the subject property described above, and listed in the December 23, 2019 Preliminary Order of Forfeiture, is hereby forfeited to the United States, and that the state or local custodial agency is directed to dispose of the forfeited property by destruction or incapacitation in accordance with its regulations, when no longer needed as evidence and, in accordance with law.

SO ORDERED this **24** day of February, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge