UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher Thomas Ward             Docket No. 5:19-CR-233-1FL

**Petition for Action on Supervised Release**

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Thomas Ward, who, upon a plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 27, 2020, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Christopher Thomas Ward was released from custody on February 17, 2023, at which time the term of supervised release commenced.

On April 15, 2025, the defendant's term of supervision was revoked for viewing and possessing child pornography. The defendant was sentenced to a 7-month term of imprisonment and placed on supervised release for the remainder of the previously imposed term under the same special and standard conditions previously imposed.

On July 25, 2025, several conditions were added through a modification order to facilitate the defendant's transfer of supervised release to the Western District of North Carolina. These conditions included not possessing child pornography, complying with the Sex Offender Registration and Notification Act, providing computer information records, no social networks without approval of the Probation Office, and no access to commercial mail or storage services without approval of the Probation Office.

On November 14, 2025, the defendant's case was re-assigned to the Honorable Louise W. Flanagan, United States District Judge.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has tested positive for marijuana on June 9, 2025, October 21, 2025, and October 27, 2025. Additionally, on October 15, 2025, he admitted to using marijuana on September 22, 2025. He is currently enrolled in substance abuse treatment.

It is the recommendation of the probation office to allow the defendant to remain on supervised release and order him to complete a 30-day term of home incarceration, with location monitoring technology as a sanction for his illegal drug use. Additionally, the defendant will continue to engage in substance abuse treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Pursuant to 18 U.S.C. § 3583(d), the court shall consider whether the availability of appropriate substance abuse treatment programs, or a person's current or past participation in such programs, warrants an exception to 18 U.S.C. § 3583(g)(4) when considering any action against a defendant who fails a drug test while on supervised release. As Ward is actively engaged in a treatment program, and considering 18 U.S.C. § 3583(d), the probation office respectively recommends location monitoring so the defendant can be permitted to continue supervision in lieu of revocation at this time. Any subsequent substance use will be reported to the court.

Christopher Thomas Ward
Docket No. 5:19-CR-233-1FL
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to home incarceration, with location monitoring technology, for a period of 30 days and comply with its requirements as directed. During this time, the defendant is restricted to the defendant's residence 24 hours a day except for medical necessities and court appearances or other activities specifically approved by the Court. The defendant shall maintain a telephone at the defendant's place of residence without any "call forwarding," "Caller ID services," "call waiting," dial-up computer modems, 1-800 long distance call block, fax machine, voice over internet protocol (VOIP), burglar alarm or three-way calling service.

2. The defendant is to pay the cost of the location monitoring portion of this sentence not to exceed the daily contractual rate. Payment for the location monitoring shall be made in accordance with the probation officer's direction.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: November 19, 2025

## ORDER OF THE COURT

Considered and ordered this 19th day of November, 2025, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge