UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Christopher Thomas Ward**                    **Docket No. 5:19-CR-233-1FL**

**Petition for Action on Supervised Release**

COMES NOW Jonathan A. Holmes, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Thomas Ward, who, upon a plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on February 27, 2020, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Christopher Thomas Ward was released from custody on February 17, 2023, at which time the term of supervised release commenced.

On April 15, 2025, the defendant's term of supervision was revoked for viewing and possessing child pornography. The defendant was sentenced to a 7-month term of imprisonment and placed on supervised release for the remainder of the previously imposed term under the same special and standard conditions previously imposed.

On July 25, 2025, several conditions were added through a modification order to facilitate the defendant's transfer of supervised release to the Western District of North Carolina. These conditions included not possessing child pornography, complying with the Sex Offender Registration and Notification Act, providing computer information records, no social networks without approval of the Probation Office, and no access to commercial mail or storage services without approval of the Probation Office.

On November 14, 2025, the defendant's case was re-assigned to the Honorable Louise W. Flanagan, United States District Judge.

On November 19, 2025, a request for modification was submitted due to the defendant providing several positive urinalysis tests for marijuana. He was allowed to remain on supervision and engage in substance abuse treatment. Additionally, the defendant was ordered to complete a 30 term of home incarceration with location monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Since the last report to the court, the defendant has returned to the Eastern District of North Carolina. Recently, the defendant expressed anxiety and depression based on current circumstances of his residence and employment. It is the recommendation of the probation office that the defendant complete a mental health evaluation and any recommended treatment thereafter. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**Christopher Thomas Ward**
**Docket No. 5:19-CR-233-1FL**
**Petition For Action**
**Page 2**

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8699
Executed On: March 19, 2026

## ORDER OF THE COURT

Considered and ordered this ___19th___ day of ___March___, 2026, and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
United States District Judge